# Court of Appeals
## Tenth Appellate District of Texas

10-26-00081-CV

Ed Monk,
Appellant

v.

St. John's Episcopal Church of Corsicana,
Appellee

On appeal from the
County Court of Navarro County, Texas
Judge John H. Jackson, presiding
Trial Court Cause No. CV-10589

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellant Ed Monk filed "Appellant's Notice of Dismissal" which we construe as a motion to dismiss this appeal. Appellant's motion is granted. Accordingly, this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a).

STEVE SMITH
Justice

OPINION DELIVERED and FILED:  April 2, 2026

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Dismissed
CV06

